# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

PHYLLIS MARIE HILL, )
)
        Plaintiff, )
)
v. ) No. CIV-08-212-FHS
)
MICHAEL J. ASTRUE, )
Commissioner Social Security )
Administration, )
)
        Defendant. )

## JUDGMENT

    Pursuant to this court's order of July 8, 2009, remanding this action to the defendant under the fourth sentence of 42 U.S.C. §405(g), the court orders judgment entered for the plaintiff and against the defendant in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

    **IT IS SO ORDERED** this 8th day of July 2009.

Frank H. Seay
United States District Judge